# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ASBESTOS CONSULTING SPECIALISTS, IN | § | Case No. 07-08081 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on               .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                  $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                    . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $              .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $              , for a total compensation of $          [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $        .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____        By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit A

| Case No: | 07-08081 | SQU | Judge: JOHN SQUIRES |
|---|---|---|---|
| Case Name: | ASBESTOS CONSULTING SPECIALISTS, IN | | |

For Period Ending:  07/07/11

| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 05/03/07 (f) |
| 341(a) Meeting Date: | 06/12/07 |
| Claims Bar Date: | 10/25/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. preferences (u) | Unknown | 0.00 | | 13,500.00 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 145.81 | Unknown |
| 3. Hitachi 400 | 20,000.00 | 23,200.00 | | 13,000.00 | FA |
| 4. Hitachi 270 | 15,000.00 | 8,700.00 | | 8,700.00 | FA |
| 5. 14401 S. Lincoln Dixmoor | 100,000.00 | 0.00 | OA | 0.00 | FA |
| 6. 1999 Ford Crown Victoria | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 7. 1990 Kenworth truck | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 8. Two dump trailers | 7,000.00 | 0.00 | | 1,000.00 | FA |
| 9. Misc office equipment | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 11. Rammer Hammer | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 12. Chicago Building Commission receivable | 195,341.58 | 0.00 | DA | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $358,341.58 | $31,900.00 | | $36,345.81 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/09      Current Projected Date of Final Report (TFR): 09/30/11

/s/    BRENDA PORTER HELMS, TRUSTEE

_____ Date: 07/07/11

BRENDA PORTER HELMS, TRUSTEE

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:  1

Exhibit B

| | |
|---|---|
| Case No: | 07-08081  -SQU |
| Case Name: | ASBESTOS CONSULTING SPECIALISTS, IN |
| | |
| Taxpayer ID No: | *******9298 |
| For Period Ending: | 07/07/11 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5842  Money Market - Interest Bearing |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/15/07 | 1 | The City of Chicago Heights | preference  turnover | 1241-000 | 13,500.00 | | 13,500.00 |
| 08/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.42 | | 13,504.42 |
| 09/28/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 8.60 | | 13,513.02 |
| 10/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 8.61 | | 13,521.63 |
| 11/07/07 | 3 | Alliance Demolition Services 3455 Ridge Road Lansing IL 60438 | sale of Hitachi 400, 270 & rammer | 1229-000 | 23,200.00 | | 36,721.63 |
| * 11/07/07 | 4 | Alliance Demoliton Services | included in deposit #3 | 1229-003 | 8,700.00 | | 45,421.63 |
| * 11/07/07 | 4 | Alliance Demolition Services | reverse deposit | 1229-003 | -8,700.00 | | 36,721.63 |
| 11/08/07 | 3 | Alliance Demolition Services Inc. 3455 Ridge Road Lansing IL 60438 | partial deposit for sale of equipme | 1229-000 | 1,000.00 | | 37,721.63 |
| 11/30/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 14.96 | | 37,736.59 |
| 12/26/07 | 000101 | Alliance Demolition Services | returrn deposit for Rammer Hammer | 2990-000 | | 1,500.00 | 36,236.59 |
| 12/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 18.04 | | 36,254.63 |
| 01/23/08 | 000102 | American Auction Associates Inc. 8515 S. Thomas Avenue Bridgeview IL 60455 | appraisal fee | 2500-000 | | 300.00 | 35,954.63 |
| 01/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 14.37 | | 35,969.00 |
| 02/14/08 | 000103 | International Sureties Ltd 701 Polydras St New Orleans LA 70139 | trustee bond | 2300-000 | | 40.11 | 35,928.89 |
| 02/29/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 8.55 | | 35,937.44 |
| 03/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 8.49 | | 35,945.93 |
| 04/30/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 7.37 | | 35,953.30 |
| 05/30/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 4.56 | | 35,957.86 |
| 06/30/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 4.43 | | 35,962.29 |
| 07/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 4.57 | | 35,966.86 |

Page Subtotals      37,806.97      1,840.11

Page:  2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 07-08081  -SQU | | | Trustee Name: | | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | ASBESTOS CONSULTING SPECIALISTS, IN | | | Bank Name: | | BANK OF AMERICA, N.A. |
| | | | | Account Number / CD #: | | *******5842  Money Market - Interest Bearing |
| Taxpayer ID No: | *******9298 | | | | | |
| For Period Ending: | 07/07/11 | | | Blanket Bond (per case limit): | | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/29/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 4.56 | | 35,971.42 |
| 09/30/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 4.43 | | 35,975.85 |
| 10/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 3.49 | | 35,979.34 |
| 11/28/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 2.94 | | 35,982.28 |
| 12/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.82 | | 35,984.10 |
| 01/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.30 | | 35,984.40 |
| 02/06/09 | 000104 | International Sureties Ltd | trustee bond | 2300-000 | | 38.92 | 35,945.48 |
| 02/27/09 | 2 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.28 | | 35,945.76 |
| 03/31/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 35,946.08 |
| 04/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.79 | | 35,946.87 |
| 05/29/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.91 | | 35,947.78 |
| 06/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.90 | | 35,948.68 |
| 07/31/09 | 2 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.92 | | 35,949.60 |
| 08/31/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.92 | | 35,950.52 |
| 09/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.89 | | 35,951.41 |
| 10/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.91 | | 35,952.32 |
| 11/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.90 | | 35,953.22 |
| 12/31/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.92 | | 35,954.14 |
| 01/29/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.91 | | 35,955.05 |
| 02/26/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.83 | | 35,955.88 |
| 03/06/10 | 000105 | International Sureties Ltd 701 Polydras St.  #420 New Orleans LA 70139 | bond premium | 2300-000 | | 30.52 | 35,925.36 |
| 03/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.92 | | 35,926.28 |
| 04/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.89 | | 35,927.17 |
| 05/28/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.91 | | 35,928.08 |
| 06/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.89 | | 35,928.97 |
| 07/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.91 | | 35,929.88 |
| 08/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.92 | | 35,930.80 |

|  | | | Page Subtotals | | 33.38 | 69.44 | |

Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 07-08081  -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | ASBESTOS CONSULTING SPECIALISTS, IN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5842  Money Market - Interest Bearing |
| Taxpayer ID No: | *******9298 | | | |
| For Period Ending: | 07/07/11 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.89 | | 35,931.69 |
| 10/29/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.91 | | 35,932.60 |
| 11/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.90 | | 35,933.50 |
| 12/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.92 | | 35,934.42 |
| 01/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.92 | | 35,935.34 |
| 02/19/11 | 000106 | International Sureties | 2011 - 2012 bond payment | 2300-000 | | 27.33 | 35,908.01 |
| | | 701 Polydras St.  #420 | | | | | |
| | | New Orleans LA 70139 | | | | | |
| 02/28/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 35,908.29 |
| 03/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.30 | | 35,908.59 |
| 04/29/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.29 | | 35,908.88 |
| 05/05/11 | 2 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 35,908.93 |
| 05/05/11 | | Transfer to Acct #*******5893 | Final Posting Transfer | 9999-000 | | 35,908.93 | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 37,845.81 | 37,845.81 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 35,908.93 | |
| Subtotal | | 37,845.81 | 1,936.88 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 37,845.81 | 1,936.88 | |

Page Subtotals                    5.46                35,936.26

Ver: 16.02b

LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    4

Exhibit B

| | | |
|---|---|---|
| Case No: | 07-08081 -SQU | |
| Case Name: | ASBESTOS CONSULTING SPECIALISTS, IN | |
| | | |
| Taxpayer ID No: | *******9298 | |
| For Period Ending: | 07/07/11 | |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5893  Checking - Non Interest |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/05/11 | | Transfer from Acct #*******5842 | Transfer In From MMA Account | 9999-000 | 35,908.93 | | 35,908.93 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 35,908.93 | 0.00 | 35,908.93 |
| Less:  Bank Transfers/CD's | 35,908.93 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market - Interest Bearing - *******5842 | 37,845.81 | 1,936.88 | 0.00 |
| Checking - Non Interest - *******5893 | 0.00 | 0.00 | 35,908.93 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 37,845.81 | 1,936.88 | 35,908.93 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: ___/s/___ BRENDA PORTER HELMS, TRUSTEE ___ Date: 07/07/11

BRENDA PORTER HELMS, TRUSTEE

| | | |
|---|---|---|
| Page Subtotals | 35,908.93 | 0.00 |

LFORM24

**UST Form 101-7-TFR (10/1/2010)** *(Page: 7)*

Ver: 16.02b

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-08081
Case Name: ASBESTOS CONSULTING SPECIALISTS, IN
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand                                      $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | Central States | $ | $ | $ | $ |
| 000004B | Internal Revenue Service | $ | $ | $ | $ |
| 000005B | Ill. Dept. of Revenue Bankruptcy | $ | $ | $ | $ |

Total to be paid to secured creditors          $_____

Remaining Balance                              $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: The Helms Law Firm P.C. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance                              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ _____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004C | Internal Revenue Service | $ | $ | $ |
| 000005C | Ill. Dept. of Revenue Bankruptcy | $ | $ | $ |
| 000007B | Ill. Dept. of Revenue Bankruptcy | $ | $ | $ |
| 000014 | Laborers' Pension & Welfare Funds | $ | $ | $ |

Total to be paid to priority creditors        $_____

Remaining Balance        $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ _____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Harding Heavy Equipment Parts & Service | $ | $ | $ |
| 000004A | Internal Revenue Service | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005A | Ill. Dept. of Revenue Bankruptcy | $ | $ | $ |
| 000006 | Ill. Dept. of Revenue Bankruptcy | $ | $ | $ |
| 000007A | Ill. Dept. of Revenue Bankruptcy | $ | $ | $ |
| 000009 | City of Chicago, Dept. or Revenue | $ | $ | $ |
| 000010 | AAA Silt Fencing | $ | $ | $ |
| 000011 | Gas City Ltd | $ | $ | $ |
| 000012 | C T Veach, Inc. | $ | $ | $ |
| 000013 | Laborers' Pension & Welfare Funds | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____


Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE