# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ASBESTOS CONSULTING SPECIALISTS, IN | § | Case No. 07-08081 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK OF COURT
> 219 S. DEARBORN STREET
> CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 08/12/2011 in Courtroom 4016,
> DuPage Judicial Center
> 505 N. County Farm Road
> Wheaton IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/07/2011           By: Clerk of Court

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
ASBESTOS CONSULTING § Case No. 07-08081
SPECIALISTS, IN
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 37,845.81 |
| and approved disbursements of | $ | 1,936.88 |
| leaving a balance on hand of[1] | $ | 35,908.93 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | Central States | $ 22,782.44 | $ 22,782.44 | $ 0.00 | $ 1,039.48 |
| 000004B | Internal Revenue Service | $ 620,202.81 | $ 620,202.81 | $ 0.00 | $ 28,297.51 |
| 000005B | Ill. Dept. of Revenue Bankruptcy | $ 4,764.00 | $ 4,764.00 | $ 0.00 | $ 217.36 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 29,554.35 |
| Remaining Balance | $ | 6,354.58 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 4,534.58 | $ 0.00 | $ 4,534.58 |
| Attorney for Trustee Fees: The Helms Law Firm P.C. | $ 1,820.00 | $ 0.00 | $ 1,820.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| | Total to be paid for chapter 7 administrative expenses | $ 6,354.58 |
|---|---|---|
| | Remaining Balance | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 109,778.48 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004C | Internal Revenue Service | $ 4,738.49 | $ 0.00 | $ 0.00 |
| 000005C | Ill. Dept. of Revenue Bankruptcy | $ 765.00 | $ 0.00 | $ 0.00 |
| 000007B | Ill. Dept. of Revenue Bankruptcy | $ 3,224.00 | $ 0.00 | $ 0.00 |
| 000014 | Laborers' Pension & Welfare Funds | $ 101,050.99 | $ 0.00 | $ 0.00 |

| | Total to be paid to priority creditors | $ 0.00 |
|---|---|---|
| | Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 50,214.76 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Harding Heavy Equipment Parts & Service | $ 6,184.63 | $ 0.00 | $ 0.00 |
| 000004A | Internal Revenue Service | $ 609.28 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005A | Ill. Dept. of Revenue Bankruptcy | $ 76.00 | $ 0.00 | $ 0.00 |
| 000006 | Ill. Dept. of Revenue Bankruptcy | $ 68.00 | $ 0.00 | $ 0.00 |
| 000007A | Ill. Dept. of Revenue Bankruptcy | $ 765.00 | $ 0.00 | $ 0.00 |
| 000009 | City of Chicago, Dept. or Revenue | $ 351.56 | $ 0.00 | $ 0.00 |
| 000010 | AAA Silt Fencing | $ 1,350.00 | $ 0.00 | $ 0.00 |
| 000011 | Gas City Ltd | $ 10,275.86 | $ 0.00 | $ 0.00 |
| 000012 | C T Veach, Inc. | $ 1,910.00 | $ 0.00 | $ 0.00 |
| 000013 | Laborers' Pension & Welfare Funds | $ 28,624.43 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors       $ 0.00

Remaining Balance       $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 07-08081-JHS
Asbestos Consulting Specialists, Inc.                                 Chapter 7
        Debtor
                        **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: mflowers              Page 1 of 2                  Date Rcvd: Jul 08, 2011
                              Form ID: pdf006             Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2011.
```
db         +Asbestos Consulting Specialists, Inc.,   401 69th ST.,   Darien, IL 60561-3818
aty        +Ariel Weissberg,   Weissberg & Associates, Ltd,   401 S. LaSalle Street,   Suite 403,
             Chicago, IL 60605-2993
aty        +Brenda Porter Helms, ESQ,   The Helms Law Firm, P.C.,   3400 W Lawrence Avenue,
             Chicago, IL 60625-5104
tr         +Brenda Porter Helms, ESQ,   The Helms Law Firm, P.C.,   3400 West Lawrence,
             Chicago, IL 60625-5104
11343704   +Advantage Truck & Trailer Repair,   1111 W. 48th Stret,   Chicago, IL 60609-4307
11343705   +Art Nissen Landscaping,   PO Box 459,   Hampshire, IL 60140-0459
11343706    Bank of America Visa,   90 Box 15726,   Wilmington, DE 19886-5726
11343707   +Burlington Insurance,   238 International Road,   Burlington    27215-5129
11343708   +C T Veach, Inc.,   19333 East Grant Highway,   PO Box 5,   Marengo, IL 60152-0005
11343709    Capital One Visa,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
11343710   +Central States,   c/o Cathy Rath, Esq.,   9377 West Higgins Road,   Rosemont, IL 60018-4938
11343711   +Charles T. Veach,   c/o Franks Gerkin McKenna, P.C.,   19333 East Grant Highway, P.O.B. 5,
             Marengo, IL 60152-0005
11343712   +City of Chicago, Dept. or Revenue,   City Hall,   121 N. LaSalle,   Chicago, IL 60602-1202
11550177   +Commercial Money Center,   C/O Cash Recovery LLC,   180 N Stetson Street ste 3500,   Pob 64599,
             Chicago,IL 60664-0599
11343713   +Commercial Money Center,   c/o Cash Recovery, LLC,   180 N. LaSalle St., Suite 3120,
             Chicago, IL 60601-2801
11343714   +Commonwealth Edison NCO Financial,   PO Box 15740,   Wilmington, DE 19850-5740
11343715   +Cook County Treasurer Property Tax,   PO Box 4468,   Carol Stream, IL 60197-4468
11343716   +Crane & Machinery, Inc.,   7402 W. 100th PL.,   Bridgeview, IL 60455-2406
11343717   +De Groate Petroleum,   39324 Treasury Center,   Chicago, IL 60694-9300
11343719   +Edward Vrdoylak,   9618 S. Commercial,   Chicago, IL 60617-5099
11343721  ++FORD MOTOR CREDIT COMPANY,   PO BOX 6275,   DEARBORN MI 48121-6275
           (address filed with court: Ford Motor Credit,   Dept. 55-953,   P.O. Box 55000,
             Detroit, MI 48255)
11343720   +First Midwest Bank,   50 West Jefferson Street,   Joliet, IL 60432-4399
11343723   +GE Capital,   c/o RMS,   55 Shuman Road PO Box 3099,   Naperville, IL 60566-7099
11633002   +Gas City Ltd,   c/o Ken Donkel,   7220 W. 194th Street #105,   Tinley Park, IL 60487-9228
11618632   +Gas City, Inc.,   c/o Kenneth J. Donkel Esq.,   7220 W. 194th Street, #105,
             Tinley Park, IL 60487-9228
11343722   +Gas City, Ltd.,   100 W. Oakley Ave.,   PO Box 85,   Lowell, IN 46356-0085
11393455   +General Electric Capital Corp,   1010 Thomas Edison Blvd SW,   Cedar Rapids, IA 52404-8247
11343724   +Greatland Corporation,   Nat Assn of Credit Manage,   3959 Clay Ave SW,
             Grand Rapids, MI 49548-3014
11405862  +++Harding Heavy Equipment Parts & Service,   Thomas L Kirsch,   131 Ridge Road,
             Munster, IN 46321-1566
11343725   +Hardings Equipment,   109 W. Commercial Ave.,   PO Box 187,   Lowell, IN 46356-0187
11343726   +Howell Tractor and Equipment, LLC,   3333 Payshpere Circle,   Chicago, IL 60674-0001
11343727   +Hurrican Power Washing,   15438 Tudor Road,   Oak Forest, IL 60452-1936
11343728   +Ill. Dept. of Revenue Bankruptcy,   100 W. Randolph Avenue,   Level 7-410,
             Chicago, IL 60601-3218
11343729    Illinois Department of Employment,   IDES Northern Region,   260 East Indian Trail Rd.,
             Aurora, IL 60505
11343731    Illinois Department of Revenue,   Springfield, IL 62719-0001
11343730    Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
11343732  +++Internal Revenue Service,   Centralized Insolvency Operations,   Pob 21126,
             Philadelphia, PA 19114-0326
11343733   +John Bridges,   c/o Jim Pittacora,   9550 West Bormet Drive, Suite 205,   Mokena, IL 60448-8445
11343734   +Laborer's Local 225,   11465 Cermak Road,   Westchester, IL 60154-5768
11343735   +Laborer's Pension Fund & Laborer's,   c/o Karen Engelhardt, Esq.,
             230 West Monroe Street, Suite 2600,   Chicago, IL 60606-4969
11343736   +Laborers' District Council 225,   Dowd, Bloch, & Bennett,   8 S. Michigan Ave 19th Floor,
             Chicago, IL 60603-3357
11701094   +Laborers' Pension & Welfare Funds,   Allison, Slutsky & Kennedy, P.C.,
             230 W. Monroe St., Suite 2600,   Chicago, IL 60606-4969
11343737   +Michael LoPresti,   401 69th Street,   Darien, IL 60561-3818
11343738   +National Association of Credit Mgmt,   3959 Clay Avenue,   Grand Rapids, MI 49548-3014
11343740   +Operators & Engineers,   Local 150,   6140 Joliet Road,   La Grange, IL 60525-3956
11343741   +Peoples Gas,   130 E. Randolph Dr.,   Chicago, IL 60601-6302
11343742   +RSI Recycling Services, Inc.,   3152 S. California,   Chicago, IL 60608-5112
11343743   +Sergio's Tire & Auto Repair,   9200 Marigold Lane,   Munster, IN 46321-3017
11343744   +Sluither Electric,   15 W 168th Street,   P.O. Box 312,   South Holland, IL 60473-0312
11343745   +Tristate Hose,   616 Progress Street,   Munster, IN 46321-2872
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

```
District/off: 0752-1           User: mflowers              Page 2 of 2                   Date Rcvd: Jul 08, 2011
                               Form ID: pdf006            Total Noticed: 50

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 West Lawrence,
                 Chicago, IL 60625-5104
11343703    ##+AAA Silt Fencing,    15 Loblolly CT,    Lemont, IL 60439-7744
11343718    ##+Debs Way, Inc,   1501 Jewel Lane,    Wilmington, IL 60481-1111
11343739    ##+National Constructions Rental,    1894 Plain Ave.,    Aurora, IL 60502-8560
                                                                                                TOTALS: 0, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 10, 2011**                         **Signature:**   _Joseph Speetjens_