UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| ASBESTOS CONSULTING SPECIALISTS, IN | § § § | Case No. 07-08081 |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ _____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ _____ (see **Exhibit 2**), yielded net receipts of $ _____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter    on      . The case was pending for   months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Ford Motor Credit |  |  |  |  |  |
|  | IDOR |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS | | | | | |
| | Laborer's Pension Fund | | | | | |
| 000001 | GENERAL ELECTRIC CAPITAL CORP | | | | | |
| 000003 | CENTRAL STATES | | | | | |
| 000005B | ILL. DEPT. OF REVENUE BANKRUPTCY | | | | | |
| 000004B | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| SURETIES, INTERNATIONAL | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMERICAN AUCTION ASSOCIATES INC. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| ALLIANCE DEMOLITION SERVICES | | | | | |
| THE HELMS LAW FIRM, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Chicago Dept. of Revenue | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Treasurer | | | | | |
| | IDES | | | | | |
| | IRS | | | | | |
| 000014 | LABORERS' PENSION & WELFARE FUNDS | | | | | |
| 000005C | ILL. DEPT. OF REVENUE BANKRUPTCY | | | | | |
| 000007B | ILL. DEPT. OF REVENUE BANKRUPTCY | | | | | |
| 000004C | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advantage Truck & Trailer Repair | | | | | |
| | Art Nissen Landscaping | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Visa | | | | | |
| | Burlington Insurance | | | | | |
| | Burlington Insurance | | | | | |
| | CT Veach Inc. | | | | | |
| | Capital One Visa | | | | | |
| | Com Ed NCO Financial | | | | | |
| | Crane & Machinery | | | | | |
| | DeGroite Petroleum | | | | | |
| | Debsway Inc. | | | | | |
| | Ed Vrdoylak | | | | | |
| | First Midwest Bank | | | | | |
| | GE Capital | | | | | |
| | Greatland Corp. | | | | | |
| | Howell Tractor & Equip | | | | | |
| | Hurricane Power Wash | | | | | |
| | Laborers District Council 225 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | National Association of Credit Management | | | | | |
| | National Constructions Rental | | | | | |
| | Operators & Engineers | | | | | |
| | Peoples Gas | | | | | |
| | RSI Recycling Services | | | | | |
| | Sergios Tire & Auto Repair | | | | | |
| | Sluither Electric | | | | | |
| | Tristate Hose | | | | | |
| 000010 | AAA SILT FENCING | | | | | |
| 000012 | C T VEACH, INC. | | | | | |
| 000009 | CITY OF CHICAGO, DEPT. OR REVENUE | | | | | |
| 000008A | COMMERCIAL MONEY CENTER | | | | | |
| 000008B | COMMERCIAL MONEY CENTER | | | | | |
| 000011 | GAS CITY LTD | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | HARDING HEAVY EQUIPMENT PARTS & SER | | | | | |
| 000005A | ILL. DEPT. OF REVENUE BANKRUPTCY | | | | | |
| 000006 | ILL. DEPT. OF REVENUE BANKRUPTCY | | | | | |
| 000007A | ILL. DEPT. OF REVENUE BANKRUPTCY | | | | | |
| 000004A | INTERNAL REVENUE SERVICE | | | | | |
| 000013 | LABORERS' PENSION & WELFARE FUNDS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 07-08081 | SQU | Judge: JOHN SQUIRES | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | ASBESTOS CONSULTING SPECIALISTS, IN | | | | Date Filed (f) or Converted (c): | 05/03/07 (f) |
| | | | | | 341(a) Meeting Date: | 06/12/07 |
| For Period Ending: | 12/30/11 | | | | Claims Bar Date: | 10/25/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. preferences (u) | Unknown | 0.00 | | 13,500.00 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 145.81 | Unknown |
| 3. Hitachi 400 | 20,000.00 | 23,200.00 | | 13,000.00 | FA |
| 4. Hitachi 270 | 15,000.00 | 8,700.00 | | 8,700.00 | FA |
| 5. 14401 S. Lincoln Dixmoor | 100,000.00 | 0.00 | OA | 0.00 | FA |
| 6. 1999 Ford Crown Victoria | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 7. 1990 Kenworth truck | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 8. Two dump trailers | 7,000.00 | 0.00 | | 1,000.00 | FA |
| 9. Misc office equipment | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 11. Rammer Hammer | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 12. Chicago Building Commission receivable | 195,341.58 | 0.00 | DA | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $358,341.58 | $31,900.00 | | $36,345.81 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/09      Current Projected Date of Final Report (TFR): 09/30/11

       /s/    BRENDA PORTER HELMS, TRUSTEE
_____    Date: 12/30/11
       BRENDA PORTER HELMS, TRUSTEE

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 07-08081 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ASBESTOS CONSULTING SPECIALISTS, IN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5842  Money Market - Interest Bearing |
| Taxpayer ID No: | *******9298 | | | |
| For Period Ending: | 12/30/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/15/07 | 1 | The City of Chicago Heights | preference turnover | 1241-000 | 13,500.00 | | 13,500.00 |
| 08/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.42 | | 13,504.42 |
| 09/28/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 8.60 | | 13,513.02 |
| 10/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 8.61 | | 13,521.63 |
| 11/07/07 | 3 | Alliance Demolition Services 3455 Ridge Road Lansing IL 60438 | sale of Hitachi 400, 270 & rammer | 1229-000 | 23,200.00 | | 36,721.63 |
| * 11/07/07 | 4 | Alliance Demoliton Services | included in deposit #3 | 1229-003 | 8,700.00 | | 45,421.63 |
| * 11/07/07 | 4 | Alliance Demoliton Services | reverse deposit | 1229-003 | -8,700.00 | | 36,721.63 |
| 11/08/07 | 3 | Alliance Demolition Services Inc. 3455 Ridge Road Lansing IL 60438 | partial deposit for sale of equipme | 1229-000 | 1,000.00 | | 37,721.63 |
| 11/30/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 14.96 | | 37,736.59 |
| 12/26/07 | 000101 | Alliance Demolition Services | returrn deposit for Rammer Hammer | 2990-000 | | 1,500.00 | 36,236.59 |
| 12/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 18.04 | | 36,254.63 |
| 01/23/08 | 000102 | American Auction Associates Inc. 8515 S. Thomas Avenue Bridgeview IL 60455 | appraisal fee | 2500-000 | | 300.00 | 35,954.63 |
| 01/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 14.37 | | 35,969.00 |
| 02/14/08 | 000103 | International Sureties Ltd 701 Polydras St New Orleans LA 70139 | trustee bond | 2300-000 | | 40.11 | 35,928.89 |
| 02/29/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 8.55 | | 35,937.44 |
| 03/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 8.49 | | 35,945.93 |
| 04/30/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 7.37 | | 35,953.30 |
| 05/30/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 4.56 | | 35,957.86 |
| 06/30/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 4.43 | | 35,962.29 |
| 07/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 4.57 | | 35,966.86 |
| | | | Page Subtotals | | 37,806.97 | 1,840.11 | |

Ver: 16.04e

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 07-08081 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | ASBESTOS CONSULTING SPECIALISTS, IN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5842  Money Market - Interest Bearing |
| Taxpayer ID No: | *******9298 | | | |
| For Period Ending: | 12/30/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/29/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 4.56 | | 35,971.42 |
| 09/30/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 4.43 | | 35,975.85 |
| 10/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 3.49 | | 35,979.34 |
| 11/28/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.94 | | 35,982.28 |
| 12/31/08 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.82 | | 35,984.10 |
| 01/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.30 | | 35,984.40 |
| 02/06/09 | 000104 | International Sureties Ltd | trustee bond | 2300-000 | | 38.92 | 35,945.48 |
| 02/27/09 | 2 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.28 | | 35,945.76 |
| 03/31/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 35,946.08 |
| 04/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.79 | | 35,946.87 |
| 05/29/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.91 | | 35,947.78 |
| 06/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.90 | | 35,948.68 |
| 07/31/09 | 2 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.92 | | 35,949.60 |
| 08/31/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.92 | | 35,950.52 |
| 09/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.89 | | 35,951.41 |
| 10/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.91 | | 35,952.32 |
| 11/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.90 | | 35,953.22 |
| 12/31/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.92 | | 35,954.14 |
| 01/29/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.91 | | 35,955.05 |
| 02/26/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.83 | | 35,955.88 |
| 03/06/10 | 000105 | International Sureties Ltd  701 Polydras St. #420  New Orleans LA 70139 | bond premium | 2300-000 | | 30.52 | 35,925.36 |
| 03/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.92 | | 35,926.28 |
| 04/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.89 | | 35,927.17 |
| 05/28/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.91 | | 35,928.08 |
| 06/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.89 | | 35,928.97 |
| 07/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.91 | | 35,929.88 |
| 08/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.92 | | 35,930.80 |

Page Subtotals      33.38      69.44

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-08081 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ASBESTOS CONSULTING SPECIALISTS, IN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5842 Money Market - Interest Bearing |
| Taxpayer ID No: | *******9298 | | | |
| For Period Ending: | 12/30/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.89 | | 35,931.69 |
| 10/29/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.91 | | 35,932.60 |
| 11/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.90 | | 35,933.50 |
| 12/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.92 | | 35,934.42 |
| 01/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.92 | | 35,935.34 |
| 02/19/11 | 000106 | International Sureties 701 Polydras St. #420 New Orleans LA 70139 | 2011 - 2012 bond payment | 2300-000 | | 27.33 | 35,908.01 |
| 02/28/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 35,908.29 |
| 03/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.30 | | 35,908.59 |
| 04/29/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.29 | | 35,908.88 |
| 05/05/11 | 2 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 35,908.93 |
| 05/05/11 | | Transfer to Acct #*******5893 | Final Posting Transfer | 9999-000 | | 35,908.93 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 37,845.81 | 37,845.81 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 35,908.93 | |
| Subtotal | | 37,845.81 | 1,936.88 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 37,845.81 | 1,936.88 | |

Page Subtotals          5.46          35,936.26

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-08081 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | ASBESTOS CONSULTING SPECIALISTS, IN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5893 Checking - Non Interest |
| Taxpayer ID No: | *******9298 | | | |
| For Period Ending: | 12/30/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/05/11 | | Transfer from Acct #*******5842 | Transfer In From MMA Account | 9999-000 | 35,908.93 | | 35,908.93 |
| 08/15/11 | 001001 | Brenda Porter Helms | TRUSTEE FEE | 2100-000 | | 4,534.58 | 31,374.35 |
| 08/15/11 | 001002 | The Helms Law Firm, P.C. | trustee attorney fees | 3110-000 | | 1,820.00 | 29,554.35 |
| 09/24/11 | 001003 | Central States c/o Cathy Rath, Esq. 9377 West Higgins Road Rosemont, IL 60018 | Final Distribution | 4220-000 | | 1,029.48 | 28,524.87 |
| 09/24/11 | 001004 | Internal Revenue Service Centralized Insolvency Operations Pob 21126 Philadelphia, PA 19114 | Final Distribution | 4800-000 | | 28,297.51 | 227.36 |
| 09/24/11 | 001005 | Ill. Dept. of Revenue Bankruptcy 100 W. Randolph Avenue Level 7-410 Chicago, IL 60601 | Final Distribution | 4800-000 | | 217.36 | 10.00 |
| 09/24/11 | 001006 | Central States c/o Cathy Rath, Esq. 9377 West Higgins Road Rosemont, IL 60018 | Final Distribution | 4220-000 | | 10.00 | 0.00 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.86 | -5.86 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.01 | -5.87 |

Page Subtotals    35,908.93    35,914.80

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-08081 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | ASBESTOS CONSULTING SPECIALISTS, IN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5893 Checking - Non Interest |
| Taxpayer ID No: | *******9298 | | |
| For Period Ending: | 12/30/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 35,908.93 | 35,914.80 | -5.87 |
| Less: Bank Transfers/CD's | 35,908.93 | 0.00 | |
| Subtotal | 0.00 | 35,914.80 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 35,914.80 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - *******5842 | 37,845.81 | 1,936.88 | 0.00 |
| Checking - Non Interest - *******5893 | 0.00 | 35,914.80 | -5.87 |
| | 37,845.81 | 37,851.68 | -5.87 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/ BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____ Date: 12/30/11

BRENDA PORTER HELMS, TRUSTEE

Page Subtotals  0.00  0.00

Ver: 16.04e

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*